UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:18cr67-MCR

CHRISTOPHER A. CARTER

_____/

**O R D E R**

This matter is before the Court on Defendant's Unopposed Motion To Allow A Payment Towards Restitution To Be Paid Into The Clerk's Registry. ECF No. 18. There being no objection from the Government as to the relief sought, the motion is GRANTED. Accordingly, it is **ORDERED** that:

1. Defendant is permitted to withdraw $70,000 from his business account for the purpose of making a deposit of that amount with the Registry of the Clerk of Court.

2. The Clerk of Court is hereby authorized to accept a deposit from the Defendant in the amount of $70,000 into the Clerk's Registry to be applied to the restitution that this Court orders at sentencing on December 18, 2018.

**DONE** and **ORDERED** on this 3rd day of December 2018.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**