# *United States District Court*

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Time Commenced: 11:03 am  
Time Concluded: 11:50 am  

Case No. 3:18cr67-MCR  
Date February 15, 2019

---

**PROCEEDINGS: Sentencing Hearing**

Sentence imposed as to Count(s) 1 & 2 : Probation for a term of 3 years; fine waived; restitution $143,000.04 (Joint & Several w/Jerry Vertefeuille re: 3:18cr67-MCR and Interest is waived) and SMA of $200 (due immediately). Forfeiture Money Judgment for $80,544.44 entered today. SEE FORMAL JUDGMENT.

---

PRESENT:        HONORABLE. **M. Casey Rodgers**, U.S. DISTRICT JUDGE

| Greg Newsome | Susan Simms | Donna Boland | Jeffrey Tharp |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

---

U.S.A v. (DEFENDANT LISTED BELOW)          ATTORNEYS FOR DEFENDANT

(1) **Christopher A. Carter**            (1) John Beroset  
✔ present  __ custody  __ bond  ✔ O/R        ✔ present  __ apptd.  ✔ retained

✔  DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

✔  DEFENDANT ADJUDICATED GUILTY OF COUNT(S): 1 & 2 ; SENTENCE IMPOSED:

__  DFT remanded to custody of Bureau of Prisons on count(s):

   __ imprisonment for a term of __ months  
   __ imprisonment for a term of __ months  

   with said sentences to run __ concurrently or __ consecutively

__ Court recommends place of incarceration at or near _____.

__ Additional recommendation:  
   __ Residential Drug Abuse Program (RDAP) while in custody of BOP  
   __ Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program  
   __ Dft identified as needing substance abuse treatment both during incarceration and at a reentry center  
   __ Complete GED classes  
   __ Mental Health Evaluation and/or Treatment while in the custody of BOP  
   __ Sex Offender Treatment Programming  
   __ Cognitive Behavioral Therapy Programming  
   __ Other: _____

✔  FINE PAYMENT :  ✔ Fine  waived ;  __ Fine $_____ ;  ✔ SMA OF $ 200 due immediately

✔  Dft is liable for restitution of:  
   $ 143,000.04  made payable to  U.S. Air Force  (Interest Waived)

✔  DFT is jointly and severally liable for restitution with  Jerry Vertefeuille in case #3:18cr66-MCR

__  Restitution is **DEFERRED FOR 90 DAYS**

**SENTENCING MINUTES CONTINUED**                                                                                               **PAGE 2**

✔  S/R or PROBATION.       Dft is under:
    ___ Supervised Release for a total period of ___ years
    ✔ Probation for a period of __3__ years.
    ___ Home Detention of ____ months w/ following conditions: _____.

    With the following special conditions or modifications:

    ___ DFT shall cooperate with the US Probation Officer and the Bureau of Immigration and Customs Enforcement regarding Immigration status. If deported, Dft shall not re-enter the United States without permission of the Attorney General or the Secretary of the Dept. of Homeland Security.
    ___ DFT shall submit to: ___ testing for the use of illegal controlled substances or alcohol to excess
        ___ DFT shall be evaluated for substance abuse and mental health and referred to treatment as determined necessary through an evaluation process. Treatment is not limited to, but may include participation in a Cognitive Behavioral Therapy program
    ✔ DFT is NOT subject to drug testing–this condition is suspended based upon the Court's determination.
    ___ DFT shall participate in a program of mental health treatment.
    ___ DFT shall provide requested financial information to the U.S. Probation Officer.
    ___ DFT shall make any unpaid fine on a payment schedule to be determine by the US Probation Officer.
    ___ DFT shall make any unpaid restitution on a payment schedule to be determine by the US ProbationOfficer.
    ___ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.
    ___ DFT shall not open new lines of credit or charges w/o USPO's approval or until restitution is satisfied.
    ___ DFT shall not transfer or dispose of any assets w/o USPO's approval or until restitution is satisfied.
    ✔ DFT shall submit to standard search of their person, property, house, vehicle, papers, computers by USPO.
    ___ DFT shall submit to sex offender conditions (see formal judgment)
    ___ ADDITIONAL TERMS: _____

✔  CUSTODY STATUS
    ___ DFT committed to the custody of the U.S. Department of Justice.
    ___ DFT to surrender to USMS at _Pensacola_ or designated institution at his/her own expense no later than _____ on _____.
    ✔ DFT remains on bond with ___ the same terms and conditions or ✔ modified terms as follows: _See formal judgment_.
    ___ DFT is released after meeting with Probation Officer.
___ Remaining count(s) _____ is/are dismissed on government motion.

✔  Court informs Dft of right to appeal.
    ___ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.
✔  DFT addresses the Court.
___ NO FORFEITURE     ✔ FORFEITURE Money Judgment for $80,544.44 entered today.

Character witnesses Jeffrey Ichelberger and Jonathan Harvell address the court.

                                                                   Filed in Open Court
                                                                   __2-15-2019__
                                                                 Initials of Deputy Clerk _sps_