## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                          **CASE No.  3:18cr67/MCR**

**CHRISTOPHER A. CARTER**

_____/

## FORFEITURE MONEY JUDGMENT

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from defendant **CHRISTOPHER A. CARTER** pursuant to Title 18, United States Code, Sections 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the defendant's interest in any property, real or personal, involved in the violations set forth in Counts One and Two and/or any property traceable to the same, ECF No. 1;

AND WHEREAS, on or about June 28, 2018, the defendant pled guilty as charged in the Information.  ECF Nos.  2 and 9;

AND WHEREAS, THIS CAUSE comes before the Court upon the government's Motion and Memorandum for Issuance of a Forfeiture Money Judgment in the amount of $80,544.44 against defendant **CHRISTOPHER A.**

**CARTER** which upon entry, shall become a final order of forfeiture as to defendant **CHRISTOPHER A. CARTER**, ECF No. 26;

AND WHEREAS, this Court being fully advised in the premises, hereby finds that the United States has established that it is entitled to a monetary judgment in the amount of $80,544.44 against defendant **CHRISTOPHER A. CARTER** pursuant to Title 18, United States Code, Sections 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1.      A forfeiture money judgment in the amount of $80,544.44 is entered against defendant **CHRISTOPHER A. CARTER** and shall be included in the sentence of the defendant, and the Attorney General (or a designee) may take steps to collect the judgment from any property of the defendant, in accordance with the substitute asset provisions of Title 18, United States Code, Section 982 and Federal Rules of Criminal Procedure, Rule 32.2.

2.      Upon the seizure of any property to satisfy all or part of the judgment, the United States shall, to the extent practicable, provide direct written notice to any

persons known to have alleged an interest in the seized property, and shall publish notice of the forfeiture as required by law.

3.  That a monetary judgment of forfeiture in the amount of $80,544.44 is hereby entered in favor of the United States against defendant **CHRISTOPHER A. CARTER** pursuant to Federal Rules of Criminal Procedure, Rule 32.2.

**IT IS SO ORDERED** this 15th day of February, 2019.

/s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

3:18cr67-001-MCR